THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>SECURITY PAVING COMPANY, INC., a California corporation, <br><br>　　　　　Defendant. | No. C20-01413-MJP <br><br> NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

COMES NOW Plaintiff, by and through its attorneys, and hereby gives notice of voluntary dismissal of this action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

DATED this 4th day of January 2021.

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

By: s/Russell J. Reid
Russell J. Reid, WSBA #2560
Reid, McCarthy, Ballew & Leahy, LLP
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone: (206) 285-0464
Fax: (206) 285-8925
Email: rjr@rmbllaw.com
Attorney for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE - C20-01413-MJP
Page 1 of 1

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925